```
 1  Floyd W. Bybee, #012651
    **FLOYD W. BYBEE, PLLC**
 2  2473 S. Higley Road
    Suite 104, #308
 3  Gilbert, Arizona 85295-1103
    Office:  (480) 756-8822
 4  Fax: (480) 302-4186
    Floyd@Bybeelaw.com
 5
    Attorney for Plaintiffs
 6
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| **Melodie Graffenberger and Paul Graffenberger,**   Plaintiffs,   v.   **Aron & Associates, P.C., Portfolio Recovery Associates, LLC,** a Delaware   Defendants. | No. CV2007-1035-PHX-SRB   **NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have reached a settlement of all claims in this case.

RESPECTFULLY SUBMITTED:  August 6, 2007  .

                         s/ Floyd W. Bybee
                         Floyd W. Bybee, #012651
                         **FLOYD W. BYBEE, PLLC**
                         2473 S. Higley Road
                         Suite 104, #308
                         Gilbert, Arizona 85295-1103
                         Office:  (480) 756-8822
                         Fax: (480) 302-4186
                         Floyd@Bybeelaw.com

                         Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that on  August 6, 2007  a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Timothy R. Grimm**
Attorney for Defendants Portfolio Recovery
Associates, LLC and Aron & Associates, P.C.

by   s/ Floyd W. Bybee