1

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6                       **DISTRICT OF ARIZONA**

7    _____
                                       )
8    **Melodie Graffenberger and**     )      No.  CV2007-1035-PHX-SRB
     **Paul Graffenberger,**           )
9                                       )
                                        )
10        Plaintiffs,                   )
                                        )        **ORDER DISMISSING CASE**
11   v.                                 )           **WITH PREJUDICE**
                                        )
12   **Aron & Associates, P.C.,**       )
     **Portfolio Recovery**            )
13   **Associates, LLC,** a Delaware )
                                        )
14        Defendants.                   )
                                        )
15   _____)

16        Pursuant to the Plaintiffs' Unopposed Motion Dismiss with

17   Prejudice, and good cause appearing,

18        **IT IS HEREBY ORDERED** dismissing this action in its

19   entirety with prejudice, each party to bear its own

20   attorney's fees and costs.

21

22        DATED this 30th day of August, 2007.

23

24

25   _____
                          Susan R. Bolton
26                   United States District Judge